UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 1:08-CR-39-SPM/AK-3

ALTON JAMES LAND,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR A NEW TRIAL

This cause comes before the Court on Defendant's Motion for a New Trial (doc. 112), which asserts that the Defendant should be afforded a new trial because the evidence presented at trial was insufficient as a matter of law to sustain the guilty verdict. The Government filed a response (doc. 113, 115). Upon consideration, the Court finds that the Motion for a New Trial (doc. 112) should be denied.

A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. Under the rule, a trial court enjoys broad power to a grant a new trial if it concludes that a miscarriage of justice has occurred. United States v. Hall, 854 F.2d 1269, 1271 (11th Cir. 1988).

Having considered the arguments raised by the Defendant, the Court finds that they are without merit. The jury was properly instructed to consider whether in fact the Defendant's co-defendant, Willie Dewey Keen, was acting as a government agent at the time he engaged in overt acts in furtherance of the conspiracy as set forth in the

indictment. The jury's guilty verdict is not a miscarriage of justice. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion for a New Trial (doc. 112) is DENIED.

SO ORDERED this <u>twenty-fourth</u> day of August, 2009.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge